Kristina N. Holmstrom, SBN 10086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendant Metropolitan Life Insurance Company*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARK HENRY FRANCETIC,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.:  2:26-cv-00710 -JCM-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

The parties, by and through their undersigned counsel, hereby stipulate and agree that the time in which Defendant Metropolitan Life Insurance Company ("Defendant" or "MetLife") may answer Plaintiff's Complaint is extended by 30 days to and including May 17, 2026.

MetLife was served with the Summons and Complaint on March 27, 2026. Defense counsel needs the additional time to obtain and review the relevant claim materials, confer with her client, and prepare a response to the Complaint. Defendant's Answer is currently due April 17, 2026.

This first request for extension is not sought for purposes of delay and is requested in good faith by the parties.

Respectfully submitted on April 1, 2026.

IT IS SO ORDERED.
Dated:  April 2, 2026
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV  89135
TELEPHONE: 702.369.6800

/s/ Kristina N. Holmstrom

Kristina N. Holmstrom, SBN 10086
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
kristina.holmstrom@ogletree.com
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888
*Attorneys for Defendant Metropolitan Life Insurance Company*


/s/ J. Colby Williams (w/consent)

J. Colby Williams, SBN 5549
Campbell & Williams
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, NV 89101
Telephone: 702-382-5222
Fax: 702-382-0540
--and
Britney Ann Heath McDonald, TX Bar #24083158
Marc Whitehead & Associates, Attorneys at Law, L.L.P.
brittney@marcwhitehead.com
403 Height Boulevard
Houston, TX 77077
Telephone: 713-228-8888
Fax: 713-225-0940
*Attorneys for Plaintiff Mark Henry Francetic*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV  89135
TELEPHONE: 702.369.6800

2