UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Mark Henry Francetic,

Plaintiff,

vs.

Metropolitan Life Insurance Company,

Defendant.

No. 2:26-cv-00710-JCM-NJK

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon the parties' Stipulation for Dismissal with Prejudice (ECF No. 16), and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation. This matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 23rd day of September 2026.

James C. Mahan

UNITED STATES DISTRICT JUDGE